08 CV 00936

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>MINERALS MANAGEMENT SERVICE and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. _____ |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Natural Resources Defense Council, Inc. and Center for Biological Diversity submit that they are both non-profit corporations with no outstanding shares or debt securities in the hands of the public, and that they do not have any parent, subsidiary, or affiliates that have issued shares or debt securities to the public.

Dated:  January 28, 2008
        New York, NY

                         Respectfully submitted,

                         /s/ Nancy S. Marks
                         Nancy S. Marks (NM 3348)
                         Mitchell S. Bernard (MB 5823)
                         Natural Resources Defense Council, Inc.
                         40 West 20th Street
                         New York, NY 10011
                         Phone: (212) 727-2700
                         Fax: (212) 727-1773