UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MINERALS MANAGEMENT SERVICE and UNITED STATES DEPARTMENT OF THE INTERIOR,<br>　　　　　　　　　　Defendants. | 1:08-cv-00936 (BSJ)(GWG)<br>ECF Case<br><br>**MOTION TO ADMIT COUNSEL<br>PRO HAC VICE** |

　　PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nancy S. Marks, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

　　　　Applicant's Name:　Eric P. Jorgensen
　　　　Firm Name:　　　　EarthJustice
　　　　Address:　　　　　325 Fourth Street
　　　　City/State/Zip:　　 Juneau, Alaska 99801-1145
　　　　Phone Number:　　907-586-2751
　　　　Fax Number:　　　907-463-5891

　　Eric P. Jorgensen is a member in good standing of the Bar of the State of Alaska and the District of Columbia.

　　There are no pending disciplinary proceeding against Eric P. Jorgensen in any State or Federal court.

Dated:　February 19, 2008
　　　　New York, NY

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Nancy S Marks*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy S. Marks (NM 3348)
　　　　　　　　　　　　　　　　　　Natural Resources Defense Council, Inc.
　　　　　　　　　　　　　　　　　　40 West 20th Street
　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　Phone: (212) 727-2700
　　　　　　　　　　　　　　　　　　Fax: (212) 727-1773

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and CENTER FOR BIOLOGICAL DIVERSITY,<br>               Plaintiffs,<br><br>v.<br><br>MINERALS MANAGEMENT SERVICE and UNITED STATES DEPARTMENT OF THE INTERIOR,<br>               Defendants. | 1:08-cv-00936 (BSJ)(GWG)<br>ECF Case<br><br>**AFFIDAVIT OF NANCY S. MARKS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                                    ) ss:
County of New York )

Nancy S. Marks, being duly sworn, hereby deposes and says as follows:

1. I am a senior attorney at the Natural Resources Defense Council, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Eric P. Jorgensen as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the State of New York (admitted 1987) and the Commonwealth of Massachusetts (admitted 1984). I was also admitted to the bar of the United States District Court for the Southern District of New York in 1988, and am in good standing with this Court.

3. I first met Eric P. Jorgensen in 1984 and have been familiar with his legal practice for nearly twenty years.

4. Eric P. Jorgensen is Managing Attorney at EarthJustice in Juneau, Alaska.

5. I have found Mr. Jorgensen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eric P. Jorgensen, pro hac vice.

2

7.  I respectfully submit a proposed order granting the admission of Eric P. Jorgensen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eric P. Jorgensen, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: February 19, 2008
       New York, NY

Notarized: *Sharon Hargrove*

SHARON HARGROVE
Notary Public, State of New York
No. 01HA6150063
Qualified in New York County
Commission Expires Aug. 7, 2010

Respectfully submitted,

*Nancy S Marks*
Nancy S. Marks (NM 3348)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
Phone: (212) 727-2700
Fax: (212) 727-1773

2

# Exhibit A

# Proposed Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and CENTER FOR BIOLOGICAL DIVERSITY,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MINERALS MANAGEMENT SERVICE and UNITED STATES DEPARTMENT OF THE INTERIOR,<br>　　　　　　　　　Defendants. | 1:08-cv-00936 (BSJ)(GWG)<br>ECF Case<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Nancy S. Marks, attorney for Natural Resources Defense Council and Center for Biological Diversity, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:　Eric P. Jorgensen
　　　　Firm Name:　　　　EarthJustice
　　　　Address:　　　　　325 Fourth Street
　　　　City/State/Zip:　　Juneau, Alaska 99801-1145
　　　　Phone Number:　　907-586-2751
　　　　Fax Number:　　　907-463-5891

is admitted to practice pro hac vice as counsel for Plaintiffs Natural Resources Defense Council and Center for Biological Diversity in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City/State:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States Distrcit / Magistrate Judge



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Deborah O'Regan, Executive Director of the Alaska Bar Association and custodian of its records hereby certify that **Eric P. Jorgensen** was admitted to the Alaska Bar Association and to the practice of law in this State since April of 1989; and is presently an active member in good standing of the Alaska Bar Association.

IN WITNESS WHEREOF, I have here unto set my hand on this the 25th day of January, 2008.



ALASKA BAR ASSOCIATION

Deborah O'Regan
Executive Director

G:\ADMIN\LRS\MISC\CGSFORM.DOC

P.O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Eric P. Jorgensen

was on the 3rd day of June, 1985 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 30, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk