

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street, 3rd Floor
New York, New York 10007

March 4, 2008

By Facsimile
Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

    Re: NRDC v. Minerals Management Service et al., 08 Civ. 936 (BSJ) (GWG)

Dear Judge Jones:

  I write on behalf of both parties in the above-referenced matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), respectfully to request that the Court grant the Government an adjournment of its time to answer or otherwise respond to the Complaint, from March 4, 2008 until May 2, 2008, and that the Court approve the following briefing schedule for dispositive cross-motions for summary judgment:

    May 2, 2008: Government motion (in lieu of answer)
    June 4, 2008: Plaintiffs opposition & cross-motion
    June 18, 2008: Government reply & opposition
    June 25, 2008: Plaintiffs reply

In addition, the parties have agreed that should Plaintiffs amend their Complaint by March 24, 2008 to add a claim alleging incomplete production, the Government will not argue that the addition of that claim justifies a delay in the briefing schedule.

  Because we understand the Order of Referral in this matter to except dispositive motions, we make this scheduling request to Your Honor rather than to Judge Gorenstein.



Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Danna Drori*

DANNA DRORI
Assistant United States Attorney
Telephone: (212) 637-2689
Facsimile: (212) 637-2717

cc: Nancy S. Marks, Esq.
    Aaron Bloom, Esq.
    <u>Attorneys for Plaintiffs</u>

Application Granted.

SO ORDERED *Barbara S. Jones*
Dated:
BARBARA S. JONES
U.S.D.J.
3/5/08