USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE )
COUNCIL, INC. and CENTER FOR )
BIOLOGICAL DIVERSITY, )     1:08-cv-00936 (BSJ)(GWG)
                Plaintiffs, )     ECF Case
                 )
      v. )     **ORDER FOR ADMISSION**
                 )     **PRO HAC VICE**
MINERALS MANAGEMENT SERVICE )     **ON WRITTEN MOTION**
and UNITED STATES DEPARTMENT )
OF THE INTERIOR, )
                Defendants. )
_____ )

Upon the motion of Nancy S. Marks, attorney for Natural Resources Defense Council and Center for Biological Diversity, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Eric P. Jorgensen
    Firm Name:  EarthJustice
    Address:  325 Fourth Street
    City/State/Zip:  Juneau, Alaska 99801-1145
    Phone Number:  907-586-2751
    Fax Number:  907-463-5891

is admitted to practice pro hac vice as counsel for Plaintiffs Natural Resources Defense Council and Center for Biological Diversity in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/3/08
City/State: New York, New York

                                              United States Distrcit / ~~Magistrate Judge~~