

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Natural Resources Defense Council, Inc. and
Center for Biological Diversity

V.

Minerals Management Service and the United
States Department of the Interior

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CV 00936

TO: (Name and address of Defendant)

> Minerals Management Service
> 1849 C Street, N.W.,
> Washington, D.C., 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Nancy Marks
> Mitchell S. Bernard
> Natural Resources Defense Council
> 40 West 20th Street
> New York, NY 10011

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JAN 2 8 2008

CLERK                                             DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/29/2008 |
| NAME OF SERVER *(PRINT)* Alyssa Robb | TITLE Litigation Assistant, NRDC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Sent via Certified Mail with Domestic Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/29/2008
            *Date*                *Signature of Server*

40 West 20th Street, FL 11, New York, NY 10011
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.