UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and CENTER FOR BIOLOGICAL DIVERSITY, | Civ. No. 1:08-cv-00936 BSJ |
| Plaintiffs, | ECF Case |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| MINERALS MANAGEMENT SERVICE and UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants. | |

TO:  Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: April 10, 2008
    New York, NY

Respectfully submitted,

_____s/_____
Aaron M. Bloom (AB 1977)
Natural Resources Defense Council, Inc.
40 West 20th Street
New York, NY 10011
Phone:  (212) 727-4417
Fax:  (212) 727-1773

Counsel for Plaintiffs