```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
NATURAL RESOURCES DEFENSE       :
COUNCIL, INC. and CENTER FOR    :
BIOLOGICAL DIVERSITY,           :
                                :
                 Plaintiffs,    :    08 Civ. 0936 (BSJ)
            v.                  :
                                :         Order
MINERAL MANAGEMENT SERVICE, and :
UNITED STATES DEPARTMENT OF     :
THE INTERIOR,                   :
                                :
                 Defendants.    :
------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendants in the above-captioned case are directed to provide Plaintiffs with a "Vaughn" index on or before June 20, 2008, regardless of whether or not the Administrative Record in the APA action captioned *Native Village Point Hope, et al. v. Kempthorne, et al.*, which is currently pending in the United States District Court for the District of Alaska, has been produced by June 11, 2008.

Should the parties move for summary judgment, those motions shall be submitted in accordance with the following schedule:

- Plaintiffs' motion for summary judgment shall be submitted on or before July 3, 2008;
- Defendants' opposition and/or cross motion shall be submitted on or before July 17, 2008;
- Plaintiffs' reply shall be submitted on or before July 31, 2008; and
- Defendants' reply shall be submitted on or before August 7, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08



SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 9, 2008