

NATURAL RESOURCES DEFENSE COUNCIL

June 30, 2008

By Facsimile

Hon. Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

Re:   NRDC, et al. v. Minerals Management Service, et al., 08-cv-00936-BSJ-GWG

Dear Judge Jones,

On behalf of the Plaintiffs in the above-referenced action, I write to request a three-week extension of Plaintiffs' time to file their motion for summary judgment, currently due July 3. Defendants have consented to this request. On June 20, Defendants provided Plaintiffs with a Vaughn Index containing 34 entries, along with a letter indicating that all other documents responsive to the FOIA request had been produced on June 11 as part of the Administrative Record in the Administrative Procedure Act ("APA") case, pending in Federal Court in Alaska, involving Plaintiffs, Defendants, and other parties. Plaintiffs request this extension in order to determine whether the Administrative Record in the APA case does in fact contain all the FOIA-responsive documents, which were previously produced to Plaintiffs in partially- or fully-redacted form. A quick spot check by Plaintiffs revealed some apparent discrepancies, which we hope a complete check and communication with Defendants will resolve.

The requested extension would adjust the schedule as follows:

- Plaintiffs' motion for summary judgment due July 24, 2008;
- Defendants' opposition and/or cross-motion due August 7, 2008;
- Plaintiffs' reply and opposition due August 21, 2008;
- Defendants' reply due August 28, 2008.

Application Granted.

SO ORDERED _____
Dated:  BARBARA S. JONES
        U.S.D.J.
        7/2/08

Respectfully submitted,

Aaron Bloom
Attorney for Plaintiffs

cc: AUSA Carolina Fornos, Attorney for Defendants (facsimile and email)

www.nrdc.org          40 West 20 Street          WASHINGTON, DC · LOS ANGELES · SAN FRANCISCO
                      New York, NY 10011
                      TEL 212 727-2700 FAX 212 727-1773

100% Postconsumer Recycled Paper