```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NATURAL RESOURCES DEFENSE           :
COUNCIL, INC. and CENTER FOR        :
BIOLOGICAL DIVERSITY,               :
                                    :
                Plaintiffs,         :    08 Civ. 0936 (BSJ)
        v.                          :
                                    :         Order
MINERAL MANAGEMENT SERVICE, and     :
UNITED STATES DEPARTMENT OF         :
THE INTERIOR,                       :
                                    :
                Defendants.         :
------------------------------------x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/28/08

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the letter dated August 26, 2008, advising the Court that the parties in the above-captioned case believe that summary judgment briefing will not be needed. Accordingly, at the request of both of the parties, the summary judgment briefing schedule has been stayed.

The parties are directed to advise the Court in writing as to the status of the litigation on or before November 28, 2008.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         August 27, 2008